UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
DEC 20 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

Tiera Johnson-Robinson )
)
    Plaintiff, )
)
v. ) Case No. 3:24cv 1110 - MOC
)
Sunrise Credit Services, Inc. )
)
    Defendant, )
)

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Tiera Johnson-Robinson, an individual consumer, against Defendant, Sunrise Credit Services, Inc., for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331.

3. Venue in this District is proper in that the Defendants principal address is in Melville, NY

## III. PARTIES

4. Plaintiff Tiera Johnson-Robinson (hereinafter "Plaintiff") is a natural person residing in Charlotte, NC.

5. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

6. Plaintiff's alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) this alleged debt at issue arose from a transaction entered into primarily for personal use.

7. Sunrise Credit Services Inc. is a New York corporation whose registered agent is CT Corporation Systems. The registered agent's address is located at 160 Mine Lake Ct Ste 200, Raleigh, NC, 27615

8. Defendant Sunrise Credit Services Inc. is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

## IV. FACTS OF THE COMPLAINT

9. Defendant Sunrise Credit Services Inc. (hereinafter as "Sunrise" or "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

10. Starting at a debt better known by Sunrise. Tiera Johnson-Robinson (hereinafter as "Plaintiff") started receiving attempts to collect a debt from Sunrise,

11. The debt Sunrise was trying to collect was allegedly owed to Charter Communications for $242.87

12. After receiving subsequent texts, letters and emails from Sunrise trying to collect on this debt, Plaintiff responded to their text on October 24, 2024. Refusing to pay the debt pursuing to 15 U.S.C 1692c(c).

13. On or about November 2, 2024, Plaintiff received another text from Sunrise attempting to collect on the same debt she had previously refused to pay. Which is a violation of 15 U.S.C 1692c(c).

14. Even after Plaintiff notified Sunrise that she refused to pay this debt. The Defendant continued to harass the Plaintiff at least 10 more times, in attempt to collect this same debt.

15. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendant in the form of anger, anxiety, decreased ability to focus on task while at work, decreased FICO score, frustration, amongst other negative emotions.

## V. FIRST CLAIM FOR RELIEF
### Violations of 15 U.S.C. §1692c(c) – Communication in connection with debt collection

16. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

17. The Debt Collector violated the FDCPA.

18. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

As a result of the above violations of the FDCPA, Defendant are liable to the plaintiff actual damages, statutory damages and cost.

## VI.  JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

Tiera Johnson-Robinson
3021 Taylor Farms Pl, 8212,
Charlotte NC 28262
Tierajohnson189@yahoo.com

*T Johnson*